JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOMCHETH SAM YOK,

          Petitioner,

    v.

DAVID MARIN, *et al.*,

          Respondents.

Case No. 5:25-cv-03377-MWF-ACCV

**JUDGMENT**

///

///

///

1

IT IS HEREBY ORDERED that:

1. the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket Nos. 1, 2) is GRANTED and judgment is entered consistent with the reasons and findings set forth in the Court's Amended Order Granting Petitioner's Application for a Temporary Restraining Order and Appointing Counsel (Docket No. 15, January 8, 2026) and the Court's Order Granting Preliminary Injunction (Docket No. 20, January 23, 2026); and,

2. Respondents are enjoined from re-detaining Petitioner unless they have obtained a legal travel document for him.

Dated: June 25, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2